FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

SO. DIST. OF GA.

C. Robinson

| | | |
|---|---|---|
| CHRISTOPHER ALLEN LARKIN HILL,<br><br>Petitioner,<br><br>v.<br><br>O. BRENT GREEN; CAMDEN COUNTY SUPERIOR COURT; LEE S. ASHMORE; JACQUELINE FORTIER; and GARNETT HARRISON,<br><br>Respondents. | * * * * * * * * * * * * | CIVIL ACTION NO.: 2:19-cv-29 |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES as moot** Mses. Fortier and Harrison's Motion to Dismiss, and **DIRECTS** the Clerk of Court to **TERMINATE** Fortier, Harrison, and Lee Ashmore as named Respondents. Additionally, the Court **DENIES** Petitioner

*in forma pauperis* status on appeal and a Certificate of Appealability as to the Motion to Dismiss.

**SO ORDERED**, this 2 day of December, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)