AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Christopher Allen Larkin Hill,

    Petitioner,

v.

O. BRENT GREEN; and CAMDEN COUNTY SUPERIOR COURT,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV219-29

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 17th day of April 2020, adopting the Report and Recommendation of the Magistrate Judge, Judgment is hereby entered DISMISSING Hill's § 2254 Petition, and DENIES Hill leave to appeal in forma pauperis and a Certificate of Appealability. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEROGIA

Date: April 23, 2020

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03